**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1965**

_____

ENCOMPASS INDEMNITY COMPANY, a Foreign Corporation,

          Plaintiff - Appellee,

     v.

GEORGE JOSEPH JACOBS, JR., deceased, by G. PATRICK JACOBS,
Executor,

          Defendants - Appellants.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.   Thomas E. Johnston,
District Judge.   (2:13-cv-05327)

_____

Submitted:  February 23, 2015          Decided:  March 4, 2015

_____

Before WILKINSON, GREGORY, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cynthia M. Ranson, RANSON LAW OFFICES, Charleston, West
Virginia, for Appellants.   Brent K. Kesner, KESNER & KESNER,
PLLC, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Encompass Indemnity Company filed this declaratory judgment action seeking an order declaring that the Estate of George Joseph Jacobs, Jr., was not entitled to recovery under any provisions of an insurance policy issued by Encompass. We have reviewed the record included on appeal as well as the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Encompass Indemnity Co. v. Jacobs, No. 2:13-cv-05327 (S.D.W. Va. Aug. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED